IN TEXAS COURT OF
CRIMINAL APPEALS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 21 2015

Abel Acosta, Clerk

LARRY WAYNE BENTON

FILED IN
COURT OF CRIMINAL APPEALS

JUL 21 2015

Abel Acosta, Clerk

V.

#11-13-00308-CR

THE STATE OF TEXAS

## PRO SE MOTION FOR EXTENSION OF TIME LIMIT ON P.D.R.

COMES NOW LARRY W. BENTON PROCEEDING PRO SE AND INDIGENT.

MOVANT WOULD RESPECTFULLY REQUEST A 60 DAY EXTENSION TO FILE HIS PETITION FOR DISCRETIONARY REVIEW.

IN SUPPORT OF THIS MOTION MOVANT SUBMITS THE FOLLOWING FACTS TO THE COURT:

(1)

## PRAYER

BASED ON THESE TRUE FACTS MOVANT'S ASKS RESPECTFULLY THAT THIS COURT GRANT RELIEF ON HIS MOTION AND MOVE DEADLINE UP 60 DAYS TO AUGUST 19, 2015.

## DECLARATION

I AFFIRM UNDER PENALTY OF PERJURY THAT THE FACTS CONTAINED IN THIS MOTION ARE TRUE AND CORRECT.

EXECUTED ON JULY 10, 2015

LARRY W. BENTON
X _Larry W. Benton_

## CERTIFICATE OF SERVICE

A POSTAGE PAID COPY OF THIS MOTION WAS MAILED TO 91ST DISTRICT COURT OF EASTLAND COUNTY AT 100 MAIN ST SUITE #204 EASTLAND, TEXAS 76448

EXECUTED ON JULY 10, 2015
X _Larry W. Benton_

(3)

(1) APPELLANT RECEIVED NOTICE OF COURT OF APPEALS AFFIRMATION ON JULY, 2, 2015

(2) THE COURTS DECISION WAS MADE ON JUNE 18, 2015

(3) THE CURRENT DEADLINE FOR FILING WOULD BE ON JULY 19, 2015

(4) APPELLANT IS UNSKILLED IN LEGAL MATTERS.

(5) APPELLANT IS ALSO CONFINED TO A WHEELCHAIR.

(6) APPELLANT IS AT A REAL DISADVANTAGE AND NEEDS A EXTENSION OF DEADLINE IN ORDER TO FILE A MEANINGFUL P.D.R.

(7) APPELLANT HAS NO DESIRE TO SLOW DOWN THIS PROCESS EXCEPT FOR THE HONEST REASON OF PREPARING A MEANINGFUL BRIEF.